10/6/2015          TDCJ Offender Details

★ TEXAS DEPARTMENT OF CRIMINAL JUSTICE     🏠 TDCJ Home     🔍 New Offender Search

03,981-01

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 04498363 |
| **TDCJ Number:** | 01517995 |
| **Name:** | GUTIERREZ,ANNA MERCEDEZ |
| **Race:** | H |
| **Gender:** | F |
| **DOB:** | 1969-09-20 |
| **Maximum Sentence Date:** | 2028-02-01 |
| **Current Facility:** | MARLIN |
| **Projected Release Date:** | 2028-02-01 |
| **Parole Eligibility Date:** | 2018-01-31 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day*
*on visitation days.* **Because this information is subject to change, family members and**
**friends are encouraged to call the unit prior to traveling for a visit.**

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

**Offense History:**

| Offense | Sentence | Sentence (YY-MM- |
|---|---|---|